**Appeal Dismissed and Memorandum Opinion filed April 18, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00152-CV

### SAEID HASHEMNEZAD, US FINANCIAL AUTO CREDIT, US FINANCIAL AUTO CREDIT, L.L.C., AND AIDEN HASHEMNEZAD, Appellants

### V.

### MERSEDEH REZAEI AND WILLIAM SETH DANIEL, AND ELITE CUSTOM 4X4, LLC, Appellees

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-24517A**

## MEMORANDUM OPINION

This is an appeal from a judgment signed November 8, 2018. The notice of appeal was filed February 21, 2019.

No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that appellants did not make arrangements to pay for the record. On March 13, 2019, the court notified all parties of the court's

intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellants paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No such proof has been filed.

Further, our records show appellants have not paid the appellate filing fee, and no evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code Ann. § 51.207. On March 26, 2019, this court ordered appellants to pay the appellate filing fee by April 5, 2019, or the appeal would be dismissed. The filing fee has not been paid.

Accordingly, the appeal is **DISMISSED**. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant.